**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Angelo  Clark v. Carla  Clark

Appellate case number:   01-13-00577-CV

Trial court case number: 2012-69700

Trial court:             257th District Court of Harris County

On October 23, 2013 and October 29, 2013, supplemental clerk's and reporter's records on indigence, respectively, were filed with this Court. Prior to these filings, no records of indigence were filed with this Court despite previous order for same. The only documents filed with us were requests from appellant to be found indigent filed on August 22, 2013 and September 30, 2013. We also received a notice from the Harris County District Clerk dated October 3, 2013 informing us that no contest to an affidavit of indigence was filed as of that date. As such, on October 22, 2013, we found appellant indigent and entitled to proceed without advance payment of costs and ordered the District Clerk and court reporter to file the record at no cost to appellant.

The supplemental clerk's record dated October 23, 2013 contains an affidavit of indigence filed on July 19, 2013 and a contest to that affidavit. However, that contest was not timely filed and does not alter our October 22, 2013 finding of indigence. Accordingly, we **ORDER** that the full clerk's record and court reporter's record be filed in this court at no cost to appellant, within 20 days of the date of this order. This is our second order directing the District Clerk and court reporter to file the respective records.

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☒ Acting individually     ☐ Acting for the Court


Date: November 5, 2013